Jill Novak Dalrymple
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Truist Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
615-254-1900
Attorneys for Defendant The Lincoln Life Insurance Company

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE K. UTZ,<br><br>    Plaintiff,<br><br>v.<br><br>THE LINCOLN LIFE INSURANCE COMPANY AND NORTHWEST BANK,<br><br>    Defendants. | Case No.: 1:23-cv-01145<br><br>*Civil Action*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Julie K. Utz and Defendants The Lincoln National Life Insurance Company and Northwest Bank, by and through their respective counsel, hereby stipulate that all claims in the above-styled action shall be and the same hereby are dismissed with prejudice. Each party shall bear her or its own costs and expenses of litigation.

Dated: May 23, 2024

*Attorney for Plaintiff Julie K. Utz*

/s/ E. Peter Pfaff (w/ permission)
E. Peter Pfaff
Law Offices of E. Peter Pfaff
673 Main Street, Suite 5
East Aurora, New York 14052
Email: peter@epeterpfaff.com
Tel: 716-472-9402
Fax: 716-408-9043

*Attorneys for Defendant The Lincoln Life Insurance Company*

/s/ Jill Novak Dalrymple
Jill Novak Dalrymple
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908
Email: jill.dalrymple@ogletree.com

*Attorneys for Defendant Northwest Bank*

/s/ Michael-Anthony Jaoude (w/ permission)
Michael-Anthony Jaoude
Erika N.D. Stanat, Esq.
Harter Secrest & Emery LLP
50 Fountain Plaza, Suite 1000
Buffalo, NY 14202-2293
Phone: 716.844.3756
Fax: 716-853-1617
Email: mjaoude@hselaw.com
Email: EStanat@hselaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

By:   s/ Jill Novak Dalrymple
        Jill Novak Dalrymple